WILLIS L. SEARCY, as Administratrix of the Estate of JAMES E. SEARCY, Deceased, Appellant, v. JAMES H. ROARK, JR., et al., Respondents.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.